# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALLEN MORSLEY,** | : | **CIVIL NO. 1:CV-11-1246** |
| **Petitioner,** | : | |
| | : | (**Judge Kane**) |
| v. | : | |
| | : | |
| | : | |
| **RONNIE HOLT,** | : | |
| **Respondent** | | |

## ORDER

**NOW, THIS 30th DAY OF JUNE, 2014,** upon consideration of the petition for writ of habeas corpus (Doc. No. 1), and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that:

1. The petition for writ of habeas corpus (Doc. No. 1) is **denied**.

2. The Clerk of Court is directed to **close this case**.

                                                        S/ Yvette Kane
                                                        YVETTE KANE, Judge
                                                        Middle District of Pennsylvania